**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-7620**

———————————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

    v.

TYRONE F. WEBB,

             Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.  (3:93-cr-0007-CMC-1)

———————————

Submitted:  March 15, 2012          Decided:  March 20, 2012

———————————

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Tyrone F. Webb, Appellant Pro Se.   Stacey Denise Haynes,
Assistant United States Attorney, James Chris Leventis, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina,
for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone F. Webb appeals a district court order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006) and denying his motion for reconsideration. We affirm. Because the amendment in question did not lower Webb's Guidelines sentence, we find the district did not abuse its discretion denying the motion. United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED